RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  IVAN REGALADO
1518 73RD STREET
NORTH BERGEN, NJ  07047

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024
Chapter 13 Case # 23-19295

### RECEIPTS AS OF 01/01/2024                                    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/05/2023 | $500.00 | | | | |

**Total Receipts: $500.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $500.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024          (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 80.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | JPMORGAN CHASE BANK NA | UNSECURED | 8,560.95 | 0.00% | 0.00 | 0.00 |
| 0004 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0006 | MACYS/FDSB | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | MIDFIRST BANK | (NEW) Prepetition A | 142,869.71 | 100.00% | 0.00 | 0.00 |
| 0008 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SYNCB/IKEA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | SYNCHRONY BANK/BANANA REPUBLIC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0014 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | NISSAN MOTOR ACCEPTANCE CORP/INF | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0016 | SYNCHRONY BANK/BANANA REPUBLIC | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | JPMORGAN CHASE BANK NA | UNSECURED | 8,259.55 | 0.00% | 0.00 | 0.00 |
| 0018 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 500.51 | 0.00% | 0.00 | 0.00 |

**Total Paid: $80.00**
See Summary

**Chapter 13 Case # 23-19295**

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $500.00        -        Paid to Claims: $0.00        -        Admin Costs Paid: $80.00        =        Funds on Hand: $920.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.