UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

| In Re:| Case No.: |  23-19295  |
|---|---|---|
| Ivan Regalado | Judge: | RG |
| | Chapter: | 13 |

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.     ☒ Motion for Relief from the Automatic Stay filed by  American Honda Finance Corp  ,
creditor,

A hearing has been scheduled for _____08/07/24_____, at 10:00 a.m. .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.     I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____, but have not
been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
The debtor made a $1,000.00 car payment last week and is respectfully
requesting the opportunity to make another $1,000.00 payment next week and
pay the remaining delinquency after that.

3.    This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: 07/31/2024 _____          /s/ Ivan Regalado_____
                                          Debtor′s Signature

Date: _____                     _____
                                          Debtor′s Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
      13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
      opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee′s Motion to
      Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
      Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
      Default.

*rev.8/1/15*