**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

　　IVAN REGALADO

Order Filed on September 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  23-19295 RG**

**Hearing Date:  9/18/2024**

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 20, 2024**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtor(s):  IVAN REGALADO

Case No.:  23-19295

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/18/2024 on notice to RUSSELL L LOW

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to make September's plan payment to the Trustee's office by 10/1/2024

  or the case will be dismissed upon certification of the Standing Trustee with 14 days' notice to debtor(s)

  and debtor's attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment,

  then the case will be dismissed upon certification of the Standing Trustee.