Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−19295−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ivan Regalado
   1518 73rd Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−2025

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/20/24 at 10:00 AM

to consider and act upon the following:

**50** − Objection to Debtors application to extend the loss mitigation period (related document:49 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Ivan Regalado. Objection deadline is 10/15/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Ivan Regalado) filed by Denise E. Carlon on behalf of U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset−Backed Pass−Through Certificates, Series 2006−FX1. (Attachments: # 1 Exhibit Denial Letter # 2 Certificate of Service) (Carlon, Denise)

Dated: 10/16/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court