# LOW & LOW ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304　　　　　　　　　　　　　　　　　　Tel: (201) 343-4040
Hackensack, New Jersey 07601　　　　　　　　　　　　　　　Fax: (201)-488-5788

**STANLEY W. LOW**　　　　　　　　　　　　　　　　　　　　**RUSSELL L. LOW**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　russell@lowbankruptcy.com

November 19, 2024

Honorable Rosemary Gambardella
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3E

**Re: 23-19295-RG, Ivan Regalado**

Dear Honorable Gambardella,

　　　This letter shall serve as a request for Withdrawal of Doc. 49, Application for Extension of Loss Mitigation Period.

　　　Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**