RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  IVAN REGALADO
1518 73RD STREET
NORTH BERGEN,  NJ  07047

Atty:  RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 23-19295

## RECEIPTS AS OF 01/01/2025          (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 12/05/2023 | $500.00 | | 01/05/2024 | $500.00 | |
| 02/05/2024 | $500.00 | | 03/13/2024 | $500.00 | |
| 03/25/2024 | $500.00 | | 04/18/2024 | $500.00 | |
| 06/17/2024 | $500.00 | | 08/13/2024 | $1,000.00 | |
| 08/27/2024 | $500.00 | | 10/16/2024 | $500.00 | |
| 11/14/2024 | $500.00 | | | | |

**Total Receipts: $6,000.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $6,000.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025          (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION | | | | | | |
| | 08/19/2024 | $449.00 | 931,867 | | | |
| JPMORGAN CHASE BANK NA | | | | | | |
| | 08/19/2024 | $66.94 | 931,599 | 09/16/2024 | $447.87 | 933,085 |
| | 10/21/2024 | $443.14 | 934,443 | 11/18/2024 | $443.15 | 935,934 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT | | | | | | |
| | 09/16/2024 | $31.19 | 933,073 | 10/21/2024 | $26.86 | 934,432 |
| | 11/18/2024 | $26.85 | 935,923 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 475.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,650.00 | 100.00% | 3,650.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | JPMORGAN CHASE BANK NA | UNSECURED | 8,259.55 | 100.00% | 1,910.25 | 6,349.30 |
| 0004 | CITIBANK/THE HOME DEPOT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Chapter 13 Case # 23-19295**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---:|---:|---:|---:|
| 0006 | MACYS/FDSB | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | MIDFIRST BANK | (NEW) Prepetition A | 0.00 | 100.00% | 0.00 | 0.00 |
| 0008 | AMERICAN HONDA FINANCE CORPORAT | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | SYNCB/IKEA | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0010 | SYNCHRONY BANK/BANANA REPUBLIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0011 | SYNCHRONY BANK/PC RICHARDS & SON | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0014 | AMERICAN HONDA FINANCE CORPORAT | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0015 | NISSAN MOTOR ACCEPTANCE CORP/INF | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | SYNCHRONY BANK/BANANA REPUBLIC | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0018 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 500.51 | 100.00% | 115.75 | 384.76 |
| 0019 | AMERICAN HONDA FINANCE CORPORAT | (NEW) Auto Agreed | 449.00 | 100.00% | 449.00 | 0.00 |

**Total Paid:  $6,600.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $6,000.00    -    Paid to Claims: $2,475.00    -    Admin Costs Paid: $4,125.00    =    Funds on Hand: $400.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.