Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−19295−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ivan Regalado
   1518 73rd Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−2025

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/2/25 at 10:00 AM

to consider and act upon the following:

**64** − Creditor's Certification of Default (related document:41 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of American Honda Finance Corporation. Objection deadline is 03/10/2025. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

**68** − Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:41 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of American Honda Finance Corporation. Objection deadline is 03/10/2025. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor American Honda Finance Corporation) filed by Russell L. Low on behalf of Ivan Regalado. (Low, Russell)

Dated: 3/7/25

                                          Jeanne Naughton
                                          Clerk, U.S. Bankruptcy Court