Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−19295−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Ivan Regalado
   1518 73rd Street
   North Bergen, NJ 07047

Social Security No.:
   xxx−xx−2025

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 4/2/25 at 10:00 AM

to consider and act upon the following:

*64* − Creditor's Certification of Default (related document:41 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of American Honda Finance Corporation. Objection deadline is 03/10/2025. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

*68* − Certification in Opposition to (related document:64 Creditor's Certification of Default (related document:41 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of American Honda Finance Corporation. Objection deadline is 03/10/2025. (Attachments: # 1 Certification # 2 Exhibit Order Curing Post−Petition Arrears & Resolving Motion For Relief From Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor American Honda Finance Corporation) filed by Russell L. Low on behalf of Ivan Regalado. (Low, Russell)

Dated: 3/7/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 23-19295-RG
Ivan Regalado                                                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                                Page 1 of 2
Date Rcvd: Mar 07, 2025                 Form ID: ntchrgbk                          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**
\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ivan Regalado, 1518 73rd Street, North Bergen, NJ 07047-3800 |
| cr | + | American Honda Finance Corporation, PO Box 340514, Tampa, FL 33694-0514 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2025                      Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as trustee on behalf of the holders of the Citigroup Mortgage Loan Trust Inc. Asset-Backed Pass-Through Certificates Series 2006-FX1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor American Honda Finance Corporation bk@stewartlegalgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Ivan Regalado ecf@lowbankruptcy.com ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Mar 07, 2025 Form ID: ntchrgbk Total Noticed: 2
TOTAL: 5