UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for American Honda Finance
Corporation*

In re:

Ivan Regalado

                                    Debtor.

Chapter: 13

Case No.: 23-19295-RG

Hearing Date: April 16, 2025

Judge Rosemary Gambardella

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been **Withdrawn**.

Matter: **Creditor's Certification of Default** (Doc. No. 64).

Dated: April 4, 2025

Stewart Legal Group, P.L.
Attorney for American Honda Finance Corporation

By: */s/Gavin N. Stewart*
Gavin N. Stewart, Esq.