# **LOW & LOW** ATTORNEYS AT LAW, LLC

505 Main Street, Suite 304                                             Tel: (201) 343-4040
Hackensack, New Jersey 07601                                   Fax: (201)-488-5788

**STANLEY W. LOW**                                                  **RUSSELL L. LOW**
                                                                         russell@lowbankruptcy.com

May 5, 2025

Honorable Rosemary Gambardella
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3E

**Re: 23-19295, Ivan Regalado**

Dear Honorable Gambardella,

    This letter shall serve as a request for Withdrawal of Doc. 69, Certification in Opposition to Certification of Default of Standing Trustee.

    Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**