# <u>LOW & LOW ATTORNEYS AT LAW, LLC</u>

505 Main Street, Suite 304                                                         Tel: (201) 343-4040
Hackensack, New Jersey 07601                                               Fax: (201)-488-5788

**STANLEY W. LOW**                                                                **RUSSELL L. LOW**
                                                                                             russell@lowbankruptcy.com

May 5, 2025

Honorable Rosemary Gambardella
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3E

**Re: 23-19295, Ivan Regalado**

Dear Honorable Gambardella,

   This letter shall serve as a request for Withdrawal of Doc. 68, Certification in Opposition to Creditor's Certification of Default.

   Should you require additional information, please do not hesitate to contact the undersigned.

Respectfully,

/s/ Russell L. Low
**Russell L. Low, Esq.**